**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 9, 2015

Hon. Keri L. Miller
Assistant County Attorney
415 Saint Louis Street
Gonzales, TX 78629-4029
* DELIVERED VIA E-MAIL *

Hon. L. Chris Iles
Attorney at Law
Park Tower
710 Buffalo St., Ste. 802
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Paul Watkins
County Attorney
415 St. Louis Street
Gonzales, TX 78629
* DELIVERED VIA E-MAIL *

Re: Cause No. 13-14-00018-CR
Tr.Ct.No. 134-09-B
Style: John David Russell v. The State of Texas

The above-referenced cause has been set for submission without oral argument on Friday, January 23, 2015, before a panel consisting of Justice Gina M. Benavides, Justice Gregory T. Perkes and Justice Nora Longoria. Pursuant to TEX. R. APP. P. 2, the Court suspends the 21 day notice requirement of Rule 39.8. *See* TEX. R. APP. P. 2 (allowing appellate courts to suspend a rule's operation in a particular case and order a different procedure); TEX. R. APP. P. 39.8 (delineating notification requirements regarding submission of a cause).

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch